UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN MUNOZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BENSON, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:24-CV-00048-ART-CLB<br><br>**ORDER TO CHANGE ADDRESS AND STAY CASE** |

On November 12, 2024, Plaintiff changed his address following his release from Nevada Department of Corrections custody. (ECF No. 12.) On March 13, 2025, the Court entered an order setting a case management conference. (ECF No. 25.) The Court mailed this Order to Plaintiff's address. On March 19, 2025, the document was returned as undeliverable. (ECF No. 27.)

Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Based on the above, Plaintiff shall have until **Friday, April 18, 2025** to file a notice of change of address, or this Court will recommend that this action be dismissed.

The case is hereby **STAYED** in its entirety until Plaintiff files a notice of change of address.

**IT IS SO ORDERED.**

**DATED**: March 21, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**